UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Sybil Williams, et al** | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:10CV00596 HEA |
| | ) | |
| **Ford Motor Company** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on April 8, 2010 and assigned to the Honorable Henry E. Autrey. Because the jurisdiction of this matter lies in the Southeast Division of this district, this case should have been assigned a Southeast Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeast Division of this court and assigned Case No.1:10cv0057 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:10cv00596 HEA is hereby administratively closed. Judge Autrey's name will be replaced for future assignment.

Dated this 9th day of April, 2010.

James G. Woodward, Clerk of Court
by: /s/ Lori Miller-Taylor

Please refer to Case No. **1:10cv0057 SNLJ** in all future matters concerning this case.